UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN FETCH, et al.,<br><br>Defendants. | No. 2:18-cv-01751-MCE-KJN<br><br><br><br>**ORDER** |

Plaintiff's Request to Reinstate this Action (ECF No. 53) is DENIED.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1