UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN FETCH, et al.,<br><br>        Defendants. | No. 2:18-cv-1751 MCE KJN P<br><br><br>ORDER |

    This civil rights action was closed on February 19, 2019. (ECF No. 49.) On March 5, 2019, the Honorable Morrison C. England denied plaintiff's request to reinstate this action. (ECF No. 54.)

    Plaintiff has filed several pleadings since Judge England's March 5, 2019 order. Plaintiff is advised that documents filed by plaintiff after Judge England's March 5, 2019 order will be disregarded and no orders will issue in response to future filings.

Dated: April 30, 2019

                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

Hunt1751.ord

1